COM.

v.

**MCCLINTIC, J.**

**2567 EDA 2009**

Superior Court of Pennsylvania.

05/18/2017

Reargument Denied 7/12/2017

CP–51–CR–0801571–2002, CP–51–CR–0801581–2002 (Philadelphia)

Affirmed

COM.

v.

**SMITH, T.**

**3064 EDA 2015**

Superior Court of Pennsylvania.

05/18/2017

CP–51–CR–0008093–2013 (Philadelphia)

Affirmed

COM.

v.

**BOYD, J.**

**3479 EDA 2015**

Superior Court of Pennsylvania.

05/18/2017

CP–39–CR–0000773–2012 (Lehigh)

Affirmed

**IN RE: A.W.**

**Appeal of A.W., a Juvenile**
**836 EDA 2016**

Superior Court of Pennsylvania.

05/18/2017

CP–23–JV–00000303–2015 (Delaware)

Affirmed

COM.

v.

**OLIVER, V.**

**961 EDA 2016**

Superior Court of Pennsylvania.

05/18/2017

CP–51–CR–0001725–2014 (Philadelphia)

Reversed/Remanded